IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY SHAW, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>COLUMBIA CASUALTY COMPANY,<br>an Illinois corporation;<br><br>Defendant. | 8:17CV311<br><br>ORDER |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for filing motions for summary judgment is extended to July 6, 2018.

2) A telephonic conference with the undersigned magistrate judge will be held on May 22, 2018 at 2:00 p.m. to discuss the parties' efforts toward settlement and if necessary, further case progression. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 21), to participate in the call.

March 30, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge